# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:99cr00086 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JACK CLARK, | : | |
| Defendant. | : | |

* * * * * ** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JACK CLARK, | : | |
| Petitioner, | : | Case No. 3:10cv00261 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 9, 2010 (Doc. #1179); DISMISSING WITHOUT PREJUDICE AS VOLUNTARILY WITHDRAWN DEFENDANT/PETITIONER'S MOTION FOR RESENTENCING (Doc. #1171); DENYING DEFENDANT/PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. #1171); DENYING AS MOOT DEFENDANT/PETITIONER'S MOTION FOR DISCOVERY (Doc. #1175); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #1179), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 9, 2010 (Doc. #1179) is ADOPTED in full;

2. Defendant/Petitioner Jack Clark's motion for resentencing (Doc. #1171) is DISMISSED without prejudice as voluntarily withdrawn;

3. Defendant/Petitioner's motion for appointment of counsel (Doc. #1171) is DENIED;

4. Defendant/Petitioner's motion for discovery (Doc. #1175) is DENIED as moot; and

5. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge